UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN CUFF,

          Plaintiff,

  -against-

UNITED STATES OF AMERICA,

          Defendant.

No. 20-CV-8306 (LAP)

ORDER

---

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Pro se plaintiff John Cuff's motion for the appointment of counsel [dkt. no. 2] is GRANTED.  The Court will appoint counsel to represent Mr. Cuff in connection with his 28 U.S.C. § 2255 petition.  The briefing schedule previously approved by the Court is withdrawn, and, after counsel is appointed for Mr. Cuff, the parties shall confer and inform the Court by letter of the new proposed briefing schedule.  The Clerk of the Court shall mail a copy of this order to Mr. Cuff.

SO ORDERED.

Dated:  October 8, 2020
       New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.